Argued October 1—decided October 23, 1968

STATE OF CONNECTICUT *v.* ANDREW C. KYDES

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Charles Hanken,* in support of the petition.

*Dennis F. Gaffney,* assistant prosecuting attorney, in opposition.

Submitted September 27—decided October 23, 1968